**756**

**Lauren FAUST, Plaintiff/Appellant,**

v.

**DIRECTOR OF REVENUE,
Defendant/Respondent.**

**No. 57766.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 30, 1990.

Gerald M. Dunne, St. Louis, for plaintiff/appellant.

William L. Webster, Atty. Gen., Jatha B. Sadowski, Sp. Asst. Atty. Gen., Jefferson City, for defendant/respondent.

### ORDER

PER CURIAM.

This is an appeal from a judgment sustaining the suspension of plaintiff's driving privileges. No jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).

**Nathan PRESTON,
Plaintiff/Respondent,**

v.

**Dolores PRESTON,
Defendant/Appellant.**

**No. 57152.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 30, 1990.

Lisa Randie Rattner, Merle L. Silverstein, Clayton, Harry Charles, St. Louis, for defendant/appellant.

Nelson Lewis Mitten, Todd Hendrickson, Clayton, for plaintiff/respondent.

### ORDER

PER CURIAM.

This is an appeal from the denial of a motion for contempt in a dissolution case.

No jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).